ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Jennifer.A.Taylor@lewisbrisbois.com
*Attorneys for Defendant*
*STATE FARM FIRE AND CASUALTY COMPANY*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE RHODES, an individual; and JUANTERRI RHODES, an individual,,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br>Defendants. | CASE NO.:<br><br>**STATE FARM FIRE AND CASUALTY COMPANY'S CERTIFICATE OF INTERESTED PARTIES** |

Undersigned counsel of record for Defendant STATE FARM FIRE AND CASUALTY COMPANY ("State Farm") hereby certifies that neither State Farm nor the undersigned counsel is aware of any person or entity other than those listed in the caption above who have a direct pecuniary interest in the outcome of this case.

DATED this 5th day of JANUARY, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

BY  /s/ Jennifer A. Taylor
ROBERT W. FREEMAN, Nevada Bar No. 3062
JENNIFER A. TAYLOR, Nevada Bar No. 6141
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant STATE FARM FIRE AND CASUALTY COMPANY*

4883-7092-0517.1

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of, and that on this 5th day of JANUARY, 2023, I did cause a true copy of **CERTIFICATE OF INTERESTED PARTIES** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

Paul D. Powell, Esq.
Traysen N. Turner
The Powell Law Firm
8919 Spanish Ridge Avenue, Suite 100
Las Vegas, NV  89148
paul@tplf.com / tturner@tplf.com
Phone:  702.728.5500 / Fax:  702.728.5501
Attorneys for Plaintiffs Danielle Rhodes and Juanterri Rhodes

                                                  By   /s/ Kristen Freeman
                                                        An Employee of
                                                        LEWIS BRISBOIS BISGAARD & SMITH LLP