ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Fax: (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Jennifer.A.Taylor@lewisbrisbois.com
*Attorneys for Defendant,*
*STATE FARM FIRE AND CASUALTY*
*COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIELLE RHODES, an individual; and JUANTERRI RHODES, an individual,,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign corporation; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00023-GMN-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DANIELLE RHODES and JUANTERRI RHODES, pro se, and Defendant STATE FARM FIRE AND CASUALTY COMPANY, through their counsel of record, LEWIS BRISBOIS BISGAARD & SMITH, LLP, that Plaintiffs DANIELLE RHODES and JUANTERRI RHODES' Complaint in the above-entitled action against Defendant shall be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

133425890.2

1  IT IS FURTHER STIPULATED AND AGREED that each of the undersigned parties will
2  bear their own attorneys' fees and costs.

3  **AFFIRMATION**

4  The undersigned hereby affirms that the foregoing document does not contain the social
5  security number of any person.

6  Dated this 8th day of January, 2024.        Dated this 8th day of January, 2024.

7                                              LEWIS BRISBOIS BISGAARD &
                                               SMITH LLP
8

9  By: */s/ Danielle Rhodes*                   By: */s/ Jennifer A. Taylor*
   DANIELLE RHODES                             ROBERT W. FREEMAN, ESQ.
10 5135 North 107th Street,                    Nevada Bar No. 03062
   Milwaukee, Wisconsin 53225                  JENNIFER A. TAYLOR, ESQ.
11 myqueenscrowns420@gmail.com                 Nevada Bar No. 06141
   (702) 767-6847                              6385 S. Rainbow Boulevard, Suite 600
12 *Plaintiff in Proper Person*                *Las Vegas, Nevada, 89118*
                                               *Attorneys for Defendant STATE FARM FIRE*
13                                             *AND CASUALTY COMPANY*

14 Dated this 8th day of January, 2024.

15
   By: */s/ Juanterri Rhodes*
16 JUANTERRI RHODES
   5135 North 107th Street,
17 Milwaukee, Wisconsin 53225
   myqueenscrowns420@gmail.com
18 (702) 767-6847
   *Plaintiff in Proper Person*
19

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28
   133425890.2                                 2

**ORDER**

Based upon the Stipulation of the parties hereto, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs DANIELLE RHODES and JUANTERRI RHODES' Complaint shall be dismissed with prejudice.

IT IS FURTHER ORDERED that each of the above-mentioned parties shall bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated this __10__ day of January, 2024.

_____
DISTRICT COURT JUDGE

133425890.2

3